Certificate Number: 01401-PAM-DE-029510182

Bankruptcy Case Number: 11-70091


01401-PAM-DE-029510182

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2017, at 11:43 o'clock AM EDT, John B Hess completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 30, 2017    By: /s/Jeremy Lark

Name: Jeremy Lark

Title: FCC Manager