Certificate Number: 01401-PAM-DE-029515255

Bankruptcy Case Number: 11-70091


01401-PAM-DE-029515255

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 1, 2017, at 2:12 o'clock PM EDT, Delores J Hess completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 1, 2017   By:   /s/Jeremy Lark

Name: Jeremy Lark

Title: FCC Manager