United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
John B. Hess  
Delores J. Hess  
     Debtors

Case No. 17-00911-HWV  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: RyanEshel    Page 1 of 1    Date Rcvd: Dec 17, 2019  
Form ID: fnldec    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2019.  
db/jdb      +John B. Hess,    Delores J. Hess,    5 Hickory Lane,    Mechanicsburg, PA 17055-4714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.             TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019             Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2019 at the address(es) listed below:  
     Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
     James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
     Kristen Wetzel Ladd    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION kladd@utbf.com  
     Tracy Lynn Updike    on behalf of Debtor 2 Delores J. Hess tlupdike@mette.com,    cgfraker@mette.com  
     Tracy Lynn Updike    on behalf of Debtor 1 John B. Hess tlupdike@mette.com,    cgfraker@mette.com  
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
            TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| John B. Hess,<br>dba Infratech Industries , Inc., | Chapter 13 |
| **Debtor 1** | Case No. 1:17−bk−00911−HWV |
| Delores J. Hess, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−4168    xxx−xx−7056

Employer's Tax I.D. No.:
    20−0930659

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: December 17, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

**fnldec** (05/18)